1  McGREGOR W. SCOTT
   United States Attorney
2  ALEXIS NELSEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Dec 08, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,              CASE NO.  2:20-mj-0185-AC

12          v.                              SEALING ORDER

13                                          **UNDER SEAL**

14  Marques Julius Johnson

15

16  **SEALING ORDER**

17  Upon Application of the United States of America and good cause having been shown,

18  IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19  SEALED until further order of this Court.

20

21  Dated: December 8, 2020

    _____
    ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

SEALING ORDER