UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 14, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARQUES JULIUS JOHNSON,

Defendant.

Case No. 2:20-MJ-00185-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MARQUES JULIUS JOHNSON, Case No. 2:20-MJ-00185-AC Charge 21 USC §§ 846; 841(a)(1), from custody for the following reasons: for the following reasons:

- __X__ Release on Personal Recognizance
- _____ Bail Posted in the Sum of $ _____
  - _____ Unsecured Appearance Bond $ _____
  - _____ Appearance Bond with 10% Deposit
  - _____ Appearance Bond with Surety
  - _____ Corporate Surety Bail Bond
- __X__ (Other): With conditions of release as stated on the record in court.

Issued at Sacramento, California on December 14, 2020 at 2:15 p.m.
Dec. 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE