MCGREGOR W. SCOTT
United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MARQUES JULIUS JOHNSON,<br><br>                              Defendants. | CASE NO.  2:20-MJ-00185-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE:    February 11, 2021<br>TIME:     2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ALEXIS NELSEN, and defendant MARQUES JULIUS JOHNSON, both individually and by and through his counsel of record, Mark Reichel, hereby stipulate as follows:

1.      The Complaint in this case was filed on December 8, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 10, 2020. The court set a preliminary hearing date of December 23, 2020.

2.      By prior stipulation and order, the December 23 preliminary hearing date was continued to February 04, 2021, at 2:00 p.m.  ECF # 8.

3.      By prior stipulation and order, the February 4, 2021, preliminary hearing date was continued to February 11, 2021 at 2:00 p.m.  ECF # 15.

4.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 11, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

defense reasonable time for preparation, and for the government's continuing investigation of the case.

The parties further agree that the interests of justice served by granting this continuance outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      5.     The parties agree that good cause exists for the extension of time, and that the extension

of time would not adversely affect the public interest in the prompt disposition of criminal cases.

Therefore, the parties request that the time between February 11, 2021, and March 11, 2021, be

excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

      IT IS SO STIPULATED.

Dated:  February 10, 2021

McGREGOR W. SCOTT
United States Attorney


/s/ *ALEXIS NELSEN*
ALEXIS NELSEN
Assistant United States Attorney

Dated:  February 10, 2021

/s/ *Mark Reichel*
MARK REICHEL
Counsel for Defendant
MARQUES JULIUS JOHNSON

# [~~PROPOSED~~] ORDER

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 10, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to March 11, 2021, at 2:00 p.m.

2.      The time between February 11, 2021, and March 11, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.


Dated: February 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE